THE CONTINENTAL NATIONAL BANK OF THE CITY OF NEW YORK, Respondent, *v.* HERRMANN, KOEHLER, Appellant.

(Argued December 5, 1889; decided December 20, 1889.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made June 19, 1888, which affirmed a judgment in favor of

plaintiff, entered upon a verdict, and affirmed an order denying a motion for a new trial.

*Benno Loewy* for appellant.

*John L. Cadwalader* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.